MARY MARTINO *v.* ALFRED D. MARTINO

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files a request for a finding and draft finding on or before November 6, 1975.

*James N. Egan,* for the appellant (defendant).

No appearance for the appellee (plaintiff).

Argued October 7—decided October 7, 1975

DOUGLAS MCPHETERS *v.* WARDEN, STATE PRISON

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff on or before October 22, 1975, takes such steps as are necessary to perfect the appellate record.

*David Haymond,* for the appellant (plaintiff).

*George D. Stoughton,* state's attorney, for the appellee (defendant).